UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ERICA ELIZABETH FLENNER,

Plaintiff,

v.

WAKE COUNTY PUBLIC SCHOOL SYSTEM and THE NORTH CAROLINA DEPARTMENT OF INSTRUCTION,

Defendants.

**JUDGMENT**

5:25-CV-351-BO-BM

**Decision by the Court.**
This matter comes before the Court on the memorandum and recommendation (M&R) of United States Magistrate Judge Brian S. Meyers. [DE 9]. Plaintiff objected to the M&R. [DE 10].

**IT IS ORDERED, ADJUDGED AND DECREED** that the M&R [DE 9] is ADOPTED IN FULL. The complaint [DE 1] is DISMISSED WITHOUT PREJUDICE for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(b). Plaintiff's motion for entry of default [DE 11] is DENIED as MOOT.

This case is closed.

**<u>This judgment filed and entered on May 28, 2026, and served on:</u>**
Erica Elizabeth Flenner (via US Mail to 712 Short Spoon Circle, Rocky Mount, NC 27804)
David Noland (via CM/ECF Notice of Electronic Filing)

**PETER A. MOORE, JR., CLERK**

May 28, 2026

Lindsay Stouch
By: Deputy Clerk